| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Howard Wayne Finch |
| Debtor 2 | |
| United States Bankruptcy Court for the: Middle District of Tennessee | |
| Case number : | 3:17-bk-03699 |

# Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

| | | | |
|---|---|---|---|
| **Name of creditor:** | THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK, as successor in interest to JPMorgan Chase Bank, N.A., f/k/a Bank One, National Association as Trustee for Centex Home Equity Loan Trust 2002-A | **Court claim no.** (if known): | **6-1** |
| **Last 4 digits** of any number you use to identify the debtor's account: | **4406** | | |

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

[X] No

[ ] Yes. Date of the last notice.

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | Amount |
|---|---|---|
| 1. Late charges | | (1) $ |
| 2. Non-sufficient funds (NSF) fees | | (2) $ |
| 3. Attorney fees | 10/03/2017 | (3) $ 500.00 |
| 4. Filing fees and court costs | | (4) $ |
| 5. Bankruptcy/Proof of claim fees | 10/11/2017, 10/12/2017 | (5) $ 600.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) $ |
| 7. Property inspection fees | | (7) $ |
| 8. Tax advances (non-escrow) | | (8) $ |
| 9. Insurance advances (non-escrow) | | (9) $ |
| 10. Property preservation expenses.  Specify: | | (10) $ |
| 11. Other.  Specify : | | (11) $ |
| 12. Other.  Specify: | | (12) $ |
| 13. Other.  Specify: | | (13) $ |
| 14. Other.  Specify: | | (14) $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1332(b)(5) and Bankruptcy Rule 3002.1.

| Debtor 1 | Howard Wayne Finch | | Case number (if known) | 3:17-bk-03699 |
|---|---|---|---|---|
| | First Name  Middle Name  Last Name | | | |

## Part 2: Sign Below

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

[ ] I am the creditor.

[X] I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

/s/ Seth Greenhill                                         Date  01/09/2018
Signature

| | | | |
|---|---|---|---|
| Print: | Seth Greenhill | Title | Authorized Agent for Creditor |
| Company | Padgett Law Group | | |
| Address | 6267 Old Water Oak Road, Suite 203 | | |
| | Tallahassee FL, 32312 | | |
| Contact phone | (850) 422-2520 | Email | bkcrm@padgettlaw.net |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the parties on the attached Service List by electronic service and/or by First Class U.S. Mail on this the 9th day of January, 2018.

/S/ Seth Greenhill

SETH GREENHILL
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
bkcrm@padgettlaw.net
*Authorized Agent for Creditor*

# SERVICE LIST (CASE NO. 3:17-bk-03699)

Debtor
HOWARD WAYNE FINCH
6516 Longview Drive
Murfreesboro, TN 37129

Debtors Attorney
GALEN WILSON PIERCE
The Law Office of Galen W. Pierce
307 Hickerson Drive
Murfreesboro, TN 37129

Trustee
HENRY EDWARD HILDEBRAND, III
OFFICE OF THE CHAPTER 13 TRUSTEE
PO BOX 340019
NASHVILLE, TN 37203-0019

U.S. Trustee
US TRUSTEE
OFFICE OF THE UNITED STATES TRUSTEE
701 BROADWAY STE 318
NASHVILLE, TN 37203-3966