# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:
HOWARD WAYNE FINCH
6516 LONGVIEW DR
MURFREESBORO, TN  37129

Case No.17-03699-MH3-13
CHAPTER 13

SSN XXX-XX-1677

## TRUSTEE'S NOTICE OF FILING OF ADDITIONAL CLAIM

Comes now the Standing Chapter 13 Trustee and hereby serves notice that the following claim was filed against the estate of the debtor and that such claim was not included in previous notices disclosing claims:

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| NATIONSTAR MORTGAGE<br>P O BOX 619094<br>DALLAS, TX  75261-9741 | $300.00 | MTG-FEES, COSTS & EXPENSES<br>Disb Level: 23.00<br>ACCT:4406<br>COMM: ATTY FEES |
| Court's Claim# 6 | Trustee's Claim# 13 | DATE FILED: 01/26/2018 |

02/07/2018
DATE SENT

JRH
_____
INITIALS

/s/ Henry E. Hildebrand, III
HENRY E. HILDEBRAND, III
CHAPTER 13 TRUSTEE
P O BOX 340019
NASHVILLE, TN  37203
PHONE: 615-244-1101
FAX: 615-242-3241
pleadings@ch13nsh.com

cc:
GALEN WILSON PIERCE
THE LAW OFFICE OF GALEN W PIERCE
307 HICKERSON DR
MURFREESBORO, TN  37129

HOWARD WAYNE FINCH
6516 LONGVIEW DR
MURFREESBORO, TN  37129

CHAPTER 13 TRUSTEE